℥AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

**FILED**

OCT 2 4 2006

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
**V.**
VITASHOTS, INC (1)

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number:   06CR1272-BTM

Frank J. Ragen RET
Defendant's Attorney

**REGISTRATION NO.**   N/A

X   pleaded guilty to count(s)   1 of the Information _____

was found guilty on _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following
offense(s):

| Title & Section | Nature of Offense | Count |
|---|---|---|
| 21 USC 331(a) and<br>   21 USC 333(a)(2) | MISBRANDING | 1 |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment.  The sentence is imposed pursuant
pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has been found not guilty on count(s) _____

☐   Count(s) _____ is   are   dismissed on the motion of the Government.

X   Assessment :$400.00.

☐   Fine ordered waived.

          IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name,
residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered
to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic
circumstances.

OCTOBER 20, 2006
Date of Imposition of Sentence

BARRY TED MOSKOWITZ, DISTRICT JUDGE
Name and Title of Judicial Officer

Entered Date:

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
           Sheet 4—Probation

Judgment—Page __2__ of __4__

DEFENDANT:       VITASHOTS, INC. (1)
CASE NUMBER      06CR1272-BTM

# PROBATION

The defendant is hereby sentenced to probation for a term of  FIVE (5) YEARS.

## MANDATORY CONDITIONS

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

     The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter.

     The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

     If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in this judgment.

     The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B      (Rev. 9/00) Judgment in a Criminal Case
             Sheet 4 — Continued 2 — Probation

Judgment—Page ___3___ of ___4___

DEFENDANT:          VITASHOTS, INC,.
CASE NUMBER:        06CR1272-BTM

## SPECIAL CONDITIONS OF SUPERVISION

\_\_\_\_\_   Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

\_X\_   Subject corporate records and premises to search by probation officer and FDA agents.

\_\_\_\_\_   Not possess firearms, explosive devices, or other dangerous weapons.

\_\_\_\_\_   Not possess any narcotic drug or controlled substance without a lawful medical prescription.

\_\_\_\_\_   If deported, excluded, or allowed to voluntarily leave the United States, obey all laws federal, state and local and not reenter the United States illegally and report to the probation officer within 72 hours of any reentry to the United States; the other conditions of supervision are suspended while the defendant is out of the United States after deportation, exclusion, or voluntary departure.

\_\_\_\_\_   Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

\_\_\_\_\_   Participate in a program of drug or alcohol abuse treatment including urinalysis testing and counseling, with at least 1 to 8 tests per month and 1 to 8 counseling sessions per month as directed by the probation officer.

\_X\_   Provide complete disclosure of all personal and business financial records to the probation officer when requested.

\_\_\_\_\_   Participate in a program of mental health treatment as directed by the probation officer.  The Court authorizes the release of the pre-sentence report and available psychological evaluations to the mental health provider, as approved by the probation officer.  The defendant shall consent to the release of evaluations and treatment information to the probation officer and the Court by the mental health provider.

\_\_\_\_\_   Not aid, assist, harbor or transport undocumented aliens.

\_\_\_\_\_   Not associate with known alien smugglers.

\_\_\_\_\_   Not associate with known drug traffickers or users.

AO 245S     Judgment in Criminal Case
            Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___4___ of ___4___

DEFENDANT:  VITASHOTS INC. (1)
CASE NUMBER: 06CR1272-BTM

## FINE

The defendant shall pay a fine in the amount of _____$72,500.00_____ unto the United States of America.

This sum shall be paid   ____   immediately.
                          _x_   as follows:

Payable in installments of $8,055.00 every six (6) months, commencing within six (6) months of release of Brian Rubach.

The Court has determined that the defendant _____ have the ability to pay interest.  It is ordered that:

____   The interest requirement is waived.

____   The interest is modified as follows:

06CR1272-BTM